**672**

No. 874. WELBORN ET AL., TRUSTEES, ET AL. *v.* BURNS TRADING Co. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. William V. Hodges* for petitioners. *Messrs. David P. Strickler* and *Ben S. Wendelken* for respondent.

No. 889. NATIONAL CASKET Co. *v.* UNITED STATES. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John E. Hughes, Richard T. Green,* and *James L. Dohr* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Joseph M. Jones* for the United States.

No. 893. Fox *v.* CAPITAL COMPANY. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Benjamin Reass* for petitioner. *Messrs. Frederick H. Wood, William D. Whitney,* and *Samuel B. Stewart, Jr.,* for respondent.

No. 899. CAMDEN FIRE INSURANCE ASSN. *v.* MARTIN. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Samuel Levin* for petitioner. *Mr. Charles S. Deneen* for respondent.

No. 900. ENSMINGER *v.* LEHIGH VALLEY R. Co. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr.*

*Thomas J. O'Neill* for petitioner. *Mr. Clifton P. Williamson* for respondent.

No. 901. C. M. KEMP MANUFACTURING Co. *v.* HOELTKE. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Arlon V. Cushman* and *Lewis W. Lake* for petitioner. *Mr. Frank Keiper* for respondent.

No. 902. CITIZENS PASSENGER RY. Co. ET AL. *v.* PUBLIC SERVICE COMMISSION. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Ulric J. Mengert, W. W. Montgomery, Jr., John Russell, Jr., F. B. Bracken, Wm. E. Mikell, Jr., Maurice B. Saul, John J. Sullivan,* and *Joseph Gilfillan* for petitioners. *Messrs. Richard J. Beamish, Louis E. Levinthal,* and *Charles J. Margiotti* for respondent.

No. 910. ALLEN ET AL. *v.* GEORGIAN HOTEL CORP. ET AL. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Meyer Abrams* and *Max Shulman* for petitioners. *Messrs. George M. Burditt, Arthur M. Cox,* and *Isaac E. Ferguson* for respondents.

No. 912. WOLFF ET AL. *v.* JORDAN MARSH Co. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Arthur B. Marsh* for petitioners. *Mr. Nathan Heard* for respondent.